EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Enmienda a la Regla 28
del Reglamento Notarial
de Puerto Rico | 2000 TSPR 30 |
|---|---|

Número del Caso: ER-2000-0001

Fecha: 23/02/2000

Este documento constituye un documento oficial
del Tribunal Supremo que está sujeto a los
cambios y correciones del proceso de compilación
y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmienda a la Regla 28
del Reglamento Notarial
de Puerto Rico

ER-2000-01

RESOLUCION

San Juan, Puerto Rico a 23 de febrero de 2000

Se enmienda el segundo párrafo de la Regla 28 – Acreditación de la capacidad representativa voluntaria de un compareciente – del Reglamento Notarial de Puerto Rico, aprobado mediante Resolución de 14 de julio de 1995, para que lea del siguiente modo:

Regla 28 Acreditación de la capacidad representativa voluntaria de un compareciente

El carácter representativo de un compareciente deberá ser acreditado al Notario mediante documento fehaciente, en cualquier momento antes del otorgamiento,

salvo que exista la conformidad expresa de los demás comparecientes para que sea acreditado en momento posterior.

El Notario, a su discreción, copiará en la escritura el documento que le ha sido mostrado y que acredita la capacidad representativa de un compareciente. Cuando fuere solicitado por alguno de los comparecientes, el Notario deberá copiar tal documento en la escritura. En todo caso, sin embargo, el Notario consignará en la escritura el tipo de documento que se le ha presentado, así como la fecha de tal documento y el nombre del Notario autorizante, de existirlo.

Cuando no fuere acreditada la capacidad representativa al momento de la autorización, el Notario deberá consignar expresamente en la escritura tal hecho y que los comparecientes han dado su anuencia para que la escritura sea autorizada y para la presentación en fecha posterior de la prueba documental de tal capacidad. En tal caso el Notario consignará en la escritura que hizo a todas las partes la advertencia sobre la eficacia en suspenso de la escritura.

Esta resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo